1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

* * *

9

MIAMOR  ALISABETH  HARRIS-BANKS
(A.K.A. MATTHEW BANKS),

Case No. 2:20-cv-00997-JAD-BNW

10

Plaintiff,

ORDER

11

v.

12

CHARLES DANIELS, *et al.*,

13

Defendants.

14
15
16

**I.    DISCUSSION**

17

This action is a pro se civil rights action filed pursuant to 42 U.S.C. § 1983 by a

18

state prisoner.  On November 11, 2020, the Court imposed a stay, and the Court entered

19

a subsequent order in which the parties were assigned to mediation by a court-appointed

20

mediator.  (ECF No. 11, 14).  Following the mediation, Defendants filed an unopposed

21

motion to extend the stay so that the parties could continue their efforts to settle this case

22

and have a second mediation if necessary.  (ECF No. 16).

23

The Court grants the motion to extend the stay.  The stay shall remain in effect

24

until the Court lifts the stay.  Until the Court lifts the stay, no pleadings or papers other

25

than status reports may be filed in this case, and the parties may not engage in any

26

discovery, nor are the parties required to respond to any paper filed in violation of the stay

27

unless specifically ordered by the court to do so.

28

/ / /

1

**II.      CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to extend the stay (ECF No. 16) is granted.

IT IS FURTHER ORDERED that Office of the Attorney General must file a status report with the Court on February 15, 2021 and must file another status report on March 22, 2021 apprising the Court of the status of settlement and any mediation.

IT IS FURTHER ORDERED that **until the Court lifts the stay, no pleadings or papers other than status reports may be filed in this case**, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so.

Dated this 26th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE